**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Anthony Mays v. Ronald Watts,   Case Number: 20 CV 3228
et al.

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago, Philip Cline, Debra Kirby, Karen Rowan

Attorney name (type or print):  Daniel J. Burns

Firm:    Reiter Burns LLP

Street address:      311 S. Wacker Dr., Suite 5200

City/State/Zip:    Chicago, IL 60606

Bar ID Number: 6320384                    Telephone Number:    312 982-0090
(See item 3  in instructions)

Email Address: dburns@reiterburns.com

Are you acting as lead counsel in this case?                    ☐ Yes    ☒ No

Are you acting as local counsel in this case?                   ☐ Yes    ☒ No

Are you a member of the court's trial bar?                      ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?  ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel
                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a
                                                       ☐ Federal Defender
                                                       ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 29, 2020

Attorney signature:    S/ Daniel J. Burns
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015